IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JONATHAN E HARKINS,

    Plaintiff,

v.                                            CASE NO. 1:19-cv-334-AW-GRJ

FLORIDA DEPARTMENT
OF CORRECTIONS,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

Plaintiff Jonathan E. Harkins, a state prisoner presently confined at Cross City CI, initiated this case by filing a handwritten pleading requesting an extension of the limitations period for filing a complaint pursuant to 42 U.S.C. § 1983. ECF No. 1. The Court entered an order stating that to proceed with this case Plaintiff must file a complaint on the Court's form and either pay the $400 civil case filing fee or a motion for leave to proceed as a pauper on or before February 3, 2020. ECF No. 3. Plaintiff failed to comply. The Court ordered Plaintiff to show cause on or before March 9, 2020, as to why this case should not be dismissed for failure to comply with an order of the Court and failure to prosecute. ECF No. 4. Plaintiff was warned that failure to comply would result in a recommendation that this

case be dismissed without further notice. *Id.* As of this date, Plaintiff has failed to respond.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to comply with an order of the court and failure to prosecute.

**IN CHAMBERS** this 11th day of March 2020.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.