# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

JONATHAN E. HARKINS,

    Plaintiff,

v.                                                            Case No. 1:19-cv-334-AW-GRJ

FLORIDA DEP'T OF CORRECTIONS,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's March 11, 2020 Report and Recommendation. ECF No. 5. I have also considered de novo Plaintiff's objections. ECF No. 6. I have determined the Report and Recommendation should be adopted. Although Plaintiff indicates he has moved from prison to prison and is not always up to date on his prison mail, he has not said he did not receive the court's show-cause order, which preceded the magistrate judge's dismissal recommendation. In fact, his filings indicate he did have the show cause order before the deadline. ECF No. 6 at 4. Moreover, Plaintiff has still not indicated the basis for his claim.

It is now ORDERED:

1. The Report and Recommendation (ECF No. 5) is adopted and incorporated into this order.

2. The clerk will enter a judgment that says, "This case is dismissed for failure to comply with a court order."

1

3. The clerk will close the file.

SO ORDERED on April 7, 2020.

                                             s/ *Allen Winsor*
                                             United States District Judge